## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOAN DOE, a minor, by MARY DOE and :     Civil Action No. 09-00338
RICHARD DOE, her parents and natural :
guardians and JANE POE, a minor, by :
JUDY POE and JOHN POE, her parents and :     JURY TRIAL DEMANDED
natural guardians :
                              :     Judge Gary L. Lancaster
                  Plaintiffs, :
   vs. :
                              :
UPPER ST. CLAIR SCHOOL DISTRICT, :
DR. PATRICK T. O'TOOLE, in his :
individual capacity; DR. TERRENCE :
KUSHNER, in his individual capacity; DR. :
MICHAEL GHILANI, in his individual :
capacity; DR. SHARON SURITSKY, in her :
individual capacity; LOU ANGELO, in his :
individual capacity; JACE B. PALMER, in :
his individual capacity; JENNIFER :
WAGNER, in her individual capacity; :
WESLEY SPECTRUM SERVICES; THE :
WESLEY INSTITUTE, INC.; WESLEY :
ACADEMY; THE WESLEY INSTITUTE, :
INC. d/b/a WESLEY ACADEMY; :
WESLEY SPECTRUM SERVICES :
FOUNDATION; ESTER R. VON :
WALDOW f/k/a Esther R. Haguel, in her :
individual capacity, :
                              :
               Defendants. :

## ORDER

AND N OW, this 14th day of  October, 2009, upon   consideration of  the  parties' Joint

Motion to Enlarge Discovery and Reschedule Post-Discovery Conference, IT IS HEREBY

ORDERED t hat s aid  Motion  is GR ANTED.  Discovery is extended to  December 30, 2009 and

the post-discovery conference is reset for Friday, January 29, 2010 at 2 PM.  The Defendants,

Upper S t. C lair, e t.  al  Motion t o C ompel [document #65] is  withdrawn by consent.

BY THE COURT:


s/Gary L. Lancaster_____J.
Hon. Gary L. Lancaster, Chief U.S. District Judge