IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

JOAN DOE, a minor, by MARY DOE
and RICHARD DOE, her parents and
natural guardians and JANE POE, a
minor, by JUDY POE and JOHN
POE, her parents and natural guardians,

        Plaintiffs,

v.

UPPER ST. CLAIR SCHOOL DISTRICT;
DR. PATRICK T. O'TOOLE, in his
individual capacity; DR. TERRENCE
KUSHNER, in his individual capacity; DR.
MICHAEL GHILANI, in his individual capacity;
DR. SHARON SURITSKY, in her individual
capacity; LOU ANGELO, in his individual
capacity; JACE B. PALMER, in his individual
capacity; JENNIFER WAGNER, in her individual
capacity; WESLEY SPECTRUM SERVICES;
THE WESLEY INSTITUTE, INC.; WESLEY
ACADEMY; THE WESLEY INSTITUTE, INC.
d/b/a WESLEY ACADEMY; WESLEY
SPECTRUM SERVICES FOUNDATION;
ESTHER R. VON WALDOW f/k/a Esther
R. Haguel, in her individual capacity,

        Defendants.

Civil Action No. 09-338

Judge Lancaster

JURY TRIAL DEMANDED

## ORDER

AND NOW, this 7th day of March, 2010, upon consideration of the foregoing, the Motion for Leave to Amend Caption of Complaint filed by Richard Doe and Mary Doe, parents of Joan Doe, is GRANTED. The caption of Plaintiffs' Complaint shall now be amended to read:

> Joan Doe; and Jane Poe, a minor, by Judy Poe and John Poe, her parents and natural guardians v. Upper St. Clair School District; Dr. Patrick T. O'Toole, in his individual capacity; Dr. Terrence Kushner, in his individual capacity; Dr. Michael Ghilani, in his individual capacity; Dr. Sharon Suritsky, in her individual capacity; Lou Angelo, in his individual capacity; Jace B. Palmer, in his individual capacity; Jennifer Wagner, in her individual capacity; Wesley Spectrum Services; The Wesley Institute, Inc.; Wesley Academy; The Wesley Institute, Inc. d/b/a Wesley Academy; Wesley Spectrum Services Foundation; Esther R. Von Waldow f/k/a Esther R. Haguel, in her individual capacity.

*[Signature]*