IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN DOE; and JANE POE, a minor, by JUDY POE and JOHN POE, her parents and natural guardians,<br><br>    Plaintiffs,<br><br>    v.<br><br>UPPER ST. CLAIR SCHOOL DISTRICT; et. al.<br><br>    Defendants. | Civil Action No. 09-0338 |

## ORDER

AND NOW, this 16th day of April 2010, defendants' Motion for Protective Order [Doc. No. 88] is GRANTED. Defendants are not required to respond to plaintiffs' First Requests for Admission and Third Set of Interrogatories and Request for Production of Documents.

BY THE COURT:

/s/ _____ C.J.

cc: All counsel of record