# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN DOE and JANE POE, a minor, by JUDY POE and JOHN POE, her parents and natural guardians, | Civil Action No. 09-00338 |
| | JURY TRIAL DEMANDED |
| Plaintiffs, | |
| vs. | Judge Gary L. Lancaster |
| UPPER ST. CLAIR SCHOOL DISTRICT, DR. PATRICK T. O'TOOLE, in his individual capacity; DR. TERRENCE KUSHNER, in his individual capacity; DR. MICHAEL GHILANI, in his individual capacity; DR. SHARON SURITSKY, in her individual capacity; LOU ANGELO, in his individual capacity; JACE B. PALMER, in his individual capacity; JENNIFER WAGNER, in her individual capacity; WESLEY SPECTRUM SERVICES; THE WESLEY INSTITUTE, INC.; WESLEY ACADEMY; THE WESLEY INSTITUTE, INC. d/b/a WESLEY ACADEMY; WESLEY SPECTRUM SERVICES FOUNDATION; ESTER R. VON WALDOW f/k/a Esther R. Haguel, in her individual capacity, | |
| Defendants. | |

## STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS DR. PATRICK O'TOOLE, DR. TERRENCE KUSHNER, AND DR. SHARON SURITSKY

Plaintiffs, Joan Doe, Jane Poe, Judy Poe and John Poe, by and through their attorneys, John D. Perkosky, Esquire. Michael Murphy Esquire., and Amie Mihalko, Esquire. and all Defendants to this action, through their respective counsel, file this Stipulation and, in support thereof, set forth as follows:

1. Plaintiffs and Defendants file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

2. Plaintiffs commenced this action by the filing of a Complaint at the above number.

3. After completing discovery, Plaintiffs now wish to dismiss Defendant Dr. Patrick O'Toole, Dr. Terrence Kushner, and Dr. Sharon Suritsky from this suit.

4. None of the other Defendants object to this dismissal.

5. This dismissal is with prejudice.

WHEREFORE, the parties respectfully request that an appropriate Order be entered dismissing the Defendants Dr. Patrick O'Toole, Dr. Terrence Kushner, and Dr. Sharon Suritsky from the above-captioned action with prejudice.

Respectfully submitted,

ANDREWS & PRICE

By:/s/Anthony G. Sanchez, Esq.
    Anthony G. Sanchez, Esquire
    PA I.D. #55945
    Christina Lane, Esquire
    PA I.D. #83677
    1500 Ardmore Boulevard, Ste. 506
    Pittsburgh, PA 15221
    (412)243-9700
    Attorneys for Defendants Upper St. Clair
    School District, O'Toole, Kushner, Suritsky,
    Ghilani, Palmer, Angelo and Wagner

OGG, MURPHY & PERKOSKY
By:/s/ John D. Perkosky, Esq.
    John D. Perkosky, Esquire
    PA I.D. #83083
    245 Fort Pitt Boulevard

Pittsburgh, PA 15222
(412) 471-8500
Attorneys for Plaintiffs


ZIMMER KUNZ, PLLC
By:/s/ Joseph W. Selep, Esq.
    Joseph W. Selep, Esquire
    PA I.D. #43710
    Christina Rogers, Esquire
    PA I.D. #
    3300 US Steel Tower
    600 Grant Street
    Pittsburgh, PA 15219
    (412) 281-8000
    Attorneys for Defendants Wesley and Von Waldow

SO ORDERED, this 15th day of May, 2010.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge