IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE and JANE POE, a minor, by JUDY POE and JOHN POE, her parents and natural guardians,<br><br>Plaintiffs<br><br>v.<br><br>UPPER ST. CLAIR SCHOOL DISTRICT, et al.,<br><br>Defendants | CIVIL DIVISION<br><br>Judge Gary L. Lancaster<br><br>No. 2:09-cv-00338<br><br>*Electronically Filed* |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and among counsel for the parties hereto and ORDERED by the Court that the above-captioned action, including all claims which are or could have been brought, be and hereby are dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure as to The Wesley Institute, Inc., Wesley Academy, The Wesley Institute, Inc. d/b/a Wesley Academy, and Wesley Spectrum Services Foundation. This stipulation of dismissal does not apply to Defendants Wesley Spectrum Services, Upper St. Clair School District, Michael Ghilani, Jace B. Palmer, Lou Angelo, Jennifer Wagner, or Esther R. von Waldow, f/k/a Esther R. Haguel.

| STIPULATED AND AGREED: | STIPULATED AND AGREED: |
|---|---|
| /s/ *John Perkosky*<br>John Perkosky<br>Ogg, Murphy & Perkosky<br>245 Fort Pitt Boulevard<br>Fourth Floor<br>Pittsburgh, PA 15222<br><br>Attorney for Plaintiffs | /s/ *Joseph W. Selep*<br>Joseph W. Selep<br>Zimmer Kunz PLLC<br>3300 U.S. Steel Tower<br>Pittsburgh, PA 15219<br><br>Attorney for Defendants, Wesley and von Waldow |

781492
6275.0152

STIPULATED AND AGREED:

/s/    *Anthony Sanchez*
Anthony Sanchez
Andrews & Price
1500 Ardmore Blvd.
Suite 506
Pittsburgh, PA 15221

Attorney for Defendants, Upper St. Clair School District, Michael Ghilani, Jace B. Palmer, Lou Angelo, and Jennifer Wagner

SO ORDERED, this 15th day of May, 2010.

_____
Hon. Gary L. Lancaster, Chief U.S. District Judge

781492
6275.0152