IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOAN DOE; and JANE POE, a minor, )
by JUDY POE and JOHN POE, her )
parents and natural guardians, )
)
Plaintiffs, )
)
v. ) Civil Action No. 09-0338
)
UPPER ST. CLAIR SCHOOL DISTRICT; )
et. al. )
)
Defendants. )

## ORDER

AND NOW, this 19th day of July 2010, plaintiffs' motion for sanctions for contempt and spoilation of evidence for the destruction of Jane Poe's diary is GRANTED. Sanctions are imposed on Jane Poe in the form of a spoilation inference.

BY THE COURT:

_____, C.J.

cc: All counsel of record