IN THE UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN DOE, a minor, by MARY DOE and RICHARD DOE, her parents and natural guardians and JANE POE, a minor, by JUDY POE and JOHN POE, her parents and natural guardians,<br><br>  Plaintiffs,<br>  v.<br><br>UPPER ST. CLAIR SCHOOL DISTRICT; et al.<br><br>  Defendants. | Civil Action No. 09-338<br><br><br><br><br>Judge Lancaster<br><br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

We, the attorneys for the respective Parties, this 28th day of February 2011, do hereby stipulate pursuant to Federal Rule of Civil Procedure 41 to the dismissal without prejudice of the above-captioned matter. It is further stipulated that each Party will bear its own fees and costs, except as has been otherwise agreed to by the Parties.

Respectfully submitted,

**OGG, MURPHY & PERKOSKY, LLP**

/s/ John D. Perkosky
Michael A. Murphy, Esquire
PA. I.D. # 55846
John D. Perkosky, Esquire
PA. I.D. # 83083
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
412-471-8500
Counsel for Plaintiffs

**ANDREWS & PRICE**

/s/ Anthony G. Sanchez
Anthony G. Sanchez, Esquire
PA. I.D. 55945
1500 Ardmore Boulevard, Suite 506
Pittsburgh, PA 15221
412-243-9700
Counsel for Defendants

SO ORDERED, this 1st day of March, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge