IN THE UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN DOE, a minor, by MARY DOE and RICHARD DOE, her parents and natural guardians and JANE POE, a minor, by JUDY POE and JOHN POE, her parents and natural guardians, | Civil Action No. 09-338 |
| Plaintiffs, v. | |
| UPPER ST. CLAIR SCHOOL DISTRICT; et al. | Judge Lancaster |
| Defendants. | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

We, the attorneys for the respective Parties, this 28th day of February 2011, do hereby stipulate pursuant to Federal Rule of Civil Procedure 41 to the dismissal with prejudice of the above-captioned matter. It is further stipulated that each Party will bear its own fees and costs, except as has been otherwise agreed to by the Parties.

Respectfully submitted,

| | |
|---|---|
| **OGG, MURPHY & PERKOSKY, LLP** | **ANDREWS & PRICE** |
| /s/ John D. Perkosky | /s/ Anthony G. Sanchez |
| Michael A. Murphy, Esquire | Anthony G. Sanchez, Esquire |
| PA. I.D. # 55846 | PA. I.D. 55945 |
| John D. Perkosky, Esquire | 1500 Ardmore Boulevard, Suite 506 |
| PA. I.D. # 83083 | Pittsburgh, PA 15221 |
| 245 Fort Pitt Boulevard | 412-243-9700 |
| Pittsburgh, PA 15222 | Counsel for Defendants |
| 412-471-8500 | |
| Counsel for Plaintiffs | |

SO ORDERED, this 8th day of March, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief United States District Judge